
Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Colorado, and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

March 5, 2025

**DELIVERED VIA ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007-1312



|   |   |
|---|---|
| **Case Title:** | *Brown v. DCG Media Group, LLC, et al.* |
| **Case Number:** | 1:24-cv-09561-KPF |
| **Re:** | **Request to Adjourn Conference** |

Your Honor:

This office represents Plaintiff, John Brown, in the above-referenced matter. We write to the Court to respectfully request that the Initial Pretrial Conference scheduled for March 14, 2025 (Dkt. 8), be adjourned by thirty (30) days to April 14, 2025, or a date thereafter that is convenient for the Court.

Good cause exists for this request. While we have been in communication with Defendant's counsel, they have now ceased responding to our inquiries. Additionally, our process server has been unsuccessful in serving the Defendant at both its public address and its registered agent's address, and we are actively investigating alternate means of service.

In light of the foregoing, we respectfully request that the date for the Initial Pretrial Conference be adjourned to April 14, 2025. This is Plaintiff's first request of this nature.

We thank the Court for its time and consideration.

Respectfully submitted,

By:  */s/ David Michael Stuart Jenkins*
David Michael Stuart Jenkins, Esq.
*Attorney for Plaintiff*


By:  _____
Honorable Katherine Polk Failla
United States District Judge

1

Application GRANTED.  The conference scheduled for March 14, 2025, is ADJOURNED to **May 7, 2025, at 11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:    March 5, 2025            SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE