

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Colorado, and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

April 28, 2025

**DELIVERED VIA ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007-1312



|  |  |
|---|---|
| Case Title: | *Brown v. DCG Media Group, LLC, et al.* |
| Case Number: | 1:24-cv-09561-KPF |
| Re: | **Request to Adjourn Conference** |

Your Honor:

    This office represents Plaintiff, John Brown, in the above-referenced matter. We write to the Court to respectfully request that the Initial Pretrial Conference scheduled for May 7, 2025 (Dkt. 10), be adjourned by thirty (30) days to June 6, 2025, or a date thereafter that is convenient for the Court.

    Good cause exists for this request. On April 28, 2025 (Dkt. 13), the Court granted Plaintiff's motion for leave to effect service on Defendant DCG Media Group, LLC via email. Plaintiff has now proceeded with service in accordance with the Court's order. The requested adjournment will provide time for service to be completed under the Court's order and for Defendant to respond accordingly.

    In light of the foregoing, we respectfully request that the date for the Initial Pretrial Conference be adjourned to June 6, 2025. This is Plaintiff's second request for an adjournment of the Initial Pretrial Conference. Plaintiff cannot report Defendant's position on this request as Defendant has not yet appeared in this matter.

    We thank the Court for its time and attention to this matter.

                                                Respectfully submitted,

By:    */s/ David Michael Stuart Jenkins*
          David Michael Stuart Jenkins, Esq.
          *Attorney for Plaintiff*

Application GRANTED.  The conference scheduled for May 7, 2025, is ADJOURNED to **June 11, 2025, at 12:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:    April 29, 2025            SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE