



Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

June 5, 2025

**DELIVERED VIA ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

                     Case Title:    *John Brown v. DCG Media Group, LLC, et al.*
                                        1:24-cv-09561-KPF
                     Re:           Request to Adjourn Conference

Your Honor:

       This office represents Plaintiff John Brown in the above-referenced matter. We write to respectfully request that the Initial Pre Trial Conference scheduled for June 11, 2025 be adjourned for twenty-one (21) days, or a date thereafter convenient to the Court.

       Good cause exists for this request. Plaintiff has now completed service via email to DCG and its former attorneys in accordance with the Court's order of April 28, 2025. (Dkt. No. 13). DCG has failed to respond and its former counsel, despite representing DCG until the issue of service arose, now asserts that it no longer represents DCG in this matter. Plaintiff thus anticipates shortly requesting that default be entered against DCG and thereafter proceeding with default judgment.

       In light of the foregoing, Plaintiff respectfully requests that the IPTC in this matter be adjourned for twenty-one (21) days to July 2, 2025 to allow Plaintiff time to request default against DCG and for DCG to potentially make an appearance or otherwise for default judgment proceedings to begin. This is Plaintiff's second request of this nature. Plaintiff cannot advise on Defendant's position on this request as Defendant has not appeared or otherwise responded to Plaintiff.

                                                           Respectfully submitted,

                    By:      */s/ David Michael Stuart Jenkins*
                               David Michael Stuart Jenkins, Esq.
                               DONIGER / BURROUGHS
                               For the Plaintiff

Application GRANTED.

The conference scheduled for June 11, 2025, is ADJOURNED to **July 9, 2025, at 3:30 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 17.

Dated:     June 6, 2025                    SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE