

Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

July 1, 2025

**MEMO ENDORSED**

**DELIVERED VIA ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

        Case Title:  *John Brown v. DCG Media Group, LLC, et al.*
               1:24-cv-09561-KPF
        Re:     Request to Adjourn Conference

Your Honor:

  This office represents Plaintiff John Brown in the above-referenced matter. We write to respectfully request that the Initial Pre Trial Conference scheduled for July 2, 2025, be adjourned indefinitely, or to a date convenient to the Court.

  Good cause exists for this request. Plaintiff has yet to receive any response from Defendant DCG Media Group since its service of the summons and complaint pursuant to the Court's order of April 28, 2025. Plaintiff has now filed a request for entry of default against DCG and intends to seek default judgment shortly after this request is approved.

  In light of the foregoing, Plaintiff respectfully requests that the IPTC in this matter be adjourned for indefinitely to allow for Plaintiff to file for default judgment. This is Plaintiff's third request of this nature. Plaintiff cannot advise on Defendant's position on this request as Defendant has not appeared or otherwise responded to Plaintiff.

                Respectfully submitted,

       By:  */s/ David Michael Stuart Jenkins*
           David Michael Stuart Jenkins, Esq.
           DONIGER / BURROUGHS
           For the Plaintiff

Application GRANTED. The conference scheduled for July 2, 2025, is ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated:   July 2, 2025          SO ORDERED.
         New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE