UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BROWN,<br><br>                     Plaintiff,<br><br>          -v.-<br><br>DCG MEDIA GROUP, LLC, *a New Jersey limited liability company*, and DOES 1-10,<br><br>                     Defendants. | 24 Civ. 9561 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A Judgment is hereby GRANTED and ENTERED against DCG Media Group, LLC, and in favor of John Brown as follows:

1.   Statutory damages in the amount of $7,500.00 per infringed work, plus $2,500.00 for the removal of Plaintiff's copyright management information, for a total of $10,000.00;

2.   Attorneys' fees in the amount of $4,600.00;

3.   Reasonable costs and expenses in the amount of $930.00.

The total Judgment entered against DCG Media, LLC is $15,530.00.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  November 20, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2